# AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of Washington Mutual Bank

vs.

BRENDA ARNOLD

Before me, a notary public in and for Westchester County, personally appeared Stephanie Cappelli, who upon being duly sworn on oath, deposed and said:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, BRENDA ARNOLD, the account holder(s), opened an account with Washington Mutual Bank on 9/6/2007, which account became delinquent and was charged off on 8/31/2009 (the "Account").

4. As of 3/14/2011, the balance due and owing by the account holder(s) on the account as of the date hereof is $2053.59, which balance is comprised of $1702.16 of principal balance and $351.43 of accumulated interest + $0 of costs + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 24%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 9/30/2009 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

7. Washington Mutual Bank compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, Washington Mutual Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. That the defendant is not believed to be an active member of any branch of the armed forces of the United States of America.

9. Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would be entitled to stay relief.

10. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_Legal Administrator_

Subscribed and sworn to before me on 3/14/2011

LOUIS DARDIGNAC
Notary Public, State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 26,

ON LAW ASSOCIATES

EXHIBIT A

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.

CHERRY Y MORGAN BAILEY UPTON F BAILEY

Before me, a notary public in and for the State of New York, personally appeared Stephanie Cappelli, who upon being duly sworn on oath, deposed and said:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, CHERRY Y MORGAN BAILEY UPTON F BAILEY, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 9/2/2002, which account became delinquent and was charged off on 5/31/2010 (the "Account").

4. As of 4/15/2011, the balance due and owing by the account holder(s) on the account as of the date hereof is $2360.66, which balance is comprised of $2250.07 of principal balance and $110.59 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 6/22/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

7. HSBC Bank Nevada, N.A. \ Orchard Bank compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. That the defendant is not believed to be an active member of any branch of the armed forces of the United States of America.

9. Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would be entitled to stay relief.

10. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 4/15/2011

LOUIS CARDIGNAL
Notary Public, State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 26 20/4

DOMINION LAW ASSOCIATES
14059614

AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of DriveTime

vs.
DONNA R WILLIAMS

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, DONNA R WILLIAMS, the account holder(s), opened an account with DriveTime on 7/9/2004, which account became delinquent and was charged off on 9/30/2005 (the "Account").

4. As of 9/16/2011, the balance due and owing by the account holder(s) on the account is $8622.89, which balance is comprised of $6327.6 of principal balance and $2295.29 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 0%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 11/29/2007 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at o very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on tha review.

7. In connection with the purchase of the account, DriveTime transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electron format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces whc would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_Legal Administrator_

DOMINION LAW ASSOCIATES
12346385

Subscribed and sworn to before me on 9/16/2011

Notary Public, State of New York

LOUIS DARDIGNAC
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 25, 2014

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK            )
                             ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
LATOYA M BALL-TATE

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, LATOYA M BALL-TATE, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 11/23/2004, which account became delinquent and was charged off on 12/31/2009 (the "Account").

4. As of 11/22/2011, the balance due and owing by the account holder(s) on the account is $1039.71, which balance is comprised of $987.45 of principal balance and $52.26 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 1/26/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

DOMINION LAW ASSOCIATES
3847771

Subscribed and sworn to before me on 11/22/2011

_____
Notary Public, State of New York

LOUIS DARDIGNAC
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 25, 2014

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of CitiFinancial

vs.
ELLIS M DUNIVAN

Before me, a notary public in and for the State of New York, personally appeared Stephanie Cappelli, who upon being duly sworn on oath, deposed and said:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, ELLIS M DUNIVAN, the account holder(s), opened an account with CitiFinancial on 12/23/2003, which account became delinquent and was charged off on 6/29/2009 (the "Account").

4. As of 4/14/2011, the balance due and owing by the account holder(s) on the account as of the date hereof is $3119.6, which balance is comprised of $2820.55 of principal balance and $299.05 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 4/30/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

7. CitiFinancial compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, CitiFinancial transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. That the defendant is not believed to be an active member of any branch of the armed forces of the United States of America.

9. Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would be entitled to stay relief.

10. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 4/14/2011

_____
Legal Administrator

LOUIS JARDIGNAC
Notary Public, State of New York
No. 01DA5057880
Qualified in Rockland County
My Commission Expires March 26, 2014

UNION LAW ASSOCIATES
7666

## AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
CONSTANCE R SMITH

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, CONSTANCE R SMITH, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 8/13/2002, which account became delinquent and was charged off on 10/30/2010 (the "Account").

4. As of 9/10/2012, the balance due and owing by the account holder(s) on the account was $2,350.63, which balance is comprised of $2,122.77 of principal balance and $227.86 + $.00 + $.00 of other charges. The principal balance continues to accrue interest as of the 09/10/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 11/19/2010.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 9/25/2012

_____
Notary Public, State of New York

ner, Linkie and Taylor, LLC
35775

Eddy Martinez
Notary Public - State of New York
No. 01MA6268052
Qualified in Westchester County
Commission Expires August 27, 2016

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
FREDDIE L COLEMAN JR

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, FREDDIE L COLEMAN JR, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 6/1/2006, which account became delinquent and was charged off on 2/28/2011 (the "Account").

4. As of 8/20/2012, the balance due and owing by the account holder(s) on the account was $1,057.33, which balance is comprised of $971.28 of principal balance and $86.05 + $.00 + $.00 of other charges. The principal balance continues to accrue interest as of the 08/20/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 8/30/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 9/7/2012

_____
Notary Public, State of New York

Kramer, Linkie and Taylor, LLC
16768980

Amy Chan
Notary Public - State of New York
No. 02CH6226739
Qualified in Kings County
Commission Expires August 16, 2014

# AFFIDAVIT OF CLAIM

132265

STATE OF NEW YORK          )
                           ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
SAINT J DOBIE

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, SAINT J DOBIE, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 11/27/2003, which account became delinquent and was charged off on 12/31/2010 (the "Account").

4. As of 1/24/2012, the balance due and owing by the account holder(s) on the account was $1,071.56, which balance is comprised of $1,007.16 of principal balance and $64.40 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 01/24/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 1/24/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 2/28/2012

_____
Notary Public, State of New York

Cramer, Moggison and Taylor LLC
4491940

Louis Dardignac
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
Commission Expires March 25, 2014

# AFFIDAVIT OF CLAIM

13454

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A.

vs.
SANDRA C WHITE

Stephanie Cappelli, being duly sworn on oath, depose and say:

. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability ompany. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery ervices for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio ervices, LLC.

That the defendant, SANDRA C WHITE, the account holder(s), opened an account with HSBC Bank Nevada, N.A. on 11/3/2006, hich account became delinquent and was charged off on 1/31/2011 (the "Account").

. As of 3/6/2012, the balance due and owing by the account holder(s) on the account was $1,922.71, which balance is comprised of 1,803.81 of principal balance and $118.90 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 03/06/2012 : a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

. That the Account was purchased by Cavalry SPV I, LLC on or about 2/18/2011.

. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry ortfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately :cord any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the me of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based pon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

. In connection with the purchase of the account, HSBC Bank Nevada, N.A. transferred copies of its electronic business records to Cavalry PV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an ectronic format.

. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would : entitled to stay relief.

Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 4/9/2012

_____     _____
Legal Administrator                 Notary Public, State of New York

:, Meggison and Taylor LLC
170

Cristina Martinez
Notary Public - State of New York
No. 01MA6118601
Qualified in Westchester County
Commission Expires November 15, 2012

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of Wells Fargo Bank, N.A.

vs.
NORA L WITHERS

Before me, a notary public in and for Westchester County, personally appeared Stephanie Cappelli, who upon being duly sworn on oath, deposed and said:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, NORA L WITHERS, the account holder(s), opened an account with Wells Fargo Bank, N.A. on 8/28/2007, which account became delinquent and was charged off on 2/28/2010 (the "Account").

4. As of 1/14/2011, the balance due and owing by the account holder(s) on the account as of the date hereof is $1834.84, which balance is comprised of $1593.43 of principal balance and $241.41 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 17.5%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 3/19/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

7. Wells Fargo Bank, N.A. compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, Wells Fargo Bank, N.A. transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. That the defendant is not believed to be an active member of any branch of the armed forces of the United States of America.

9. Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would be entitled to stay relief.

10. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 1/14/2011

_____
Legal Support

LOUIS DARDIGNAC
Notary Public, State of New York
No. C[illegible]
Qualified in Rockland County
My Commission Expires March 25, 20/[illegible]

UNION LAW ASSOCIATES
1606

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. \ Household Bank (original creditor).

vs.

JOHN E MILES

Before me, a notary public in and for Westchester County, personally appeared Stephanie Cappelli, who upon being duly sworn on oath, deposed and said:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, JOHN E MILES, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Household Bank on 1/24/2003, which account became delinquent and was charged off on 3/31/2010 (the "Account").

4. As of 12/14/2010, the balance due and owing by the account holder(s) on the account as of the date hereof is $1095.95, which balance is comprised of $1095.95 of principal balance and $0 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 0%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 4/27/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

7. HSBC Bank Nevada, N.A. \ Household Bank compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, HSBC Bank Nevada, N.A. \ Household Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. That the defendant is not believed to be an active member of any branch of the armed forces of the United States of America.

9. Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would be entitled to stay relief.

10. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 12/14/2010

_Stephanie Cappelli_
Legal Support

LOUIS DARDIGNAC
Notary Public, State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires MArch 25, 2014

DOMINION LAW ASSOCIATES
13963691