# AFFIDAVIT OF CLAIM

1 32910

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I. LLC, as assignee of Bank of America/FIA Card Services, N.A.

vs.
WILLIE CHAFFIN
SALLIE CHAFFIN

I. Louis Dardignac, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, WILLIE CHAFFIN, SALLIE CHAFFIN the account holder(s), opened an account with Bank of America/FIA Card Services, N.A. on 3/1/1969, which account became delinquent and was charged off on 4/30/2010 (the "Account").

4. As of 2/9/2012. the balance due and owing by the account holder(s) on the account was $12,052.09, which balance is comprised of $8,340.39 of principal balance and $3,711.70 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 02/09/2012 at a rate of 24.99%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 10/25/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, Bank of America/FIA Card Services, N.A. transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 2/29/2012

_____
Legal Administrator

amer. Meggison and Taylor LLC
943805

_____
Notary Public. State of New York

Amy Chan
Notary Public - State of New York
No. 02CH6226739
Qualified in Kings County
Commission Expires August 16, 2014

EXHIBIT
B

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK  )
              ) SS
COUNTY OF WESTCHESTER )

≡: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of CitiFinancial (original creditor).

vs.
ERIK A ALEXANDER

:fore me, a notary public in and for Westchester County, personally appeared Kristina D. Pagni, who upon being duly sworn on oath, posed and said:

I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability mpany. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery rvices for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry ɔrtfolio Services, LLC.

That the defendant, ERIK A ALEXANDER, the account holder(s), opened an account with CitiFinancial on 5/19/2008, which count became delinquent and was charged off on 2/27/2009 (the "Account").

As of 9/2/2010, the balance due and owing by the account holder(s) on the account as of the date hereof is $5592.72, which balance comprised of $5132.88 of principal balance and $459.84 of accumulated interest + $0 of costs + $0 of other charges. The principal ɟance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, t-offs or other credits due.

That the Account was purchased by Cavalry SPV I, LLC on 11/25/2009 and the servicing and collection rights for the account were signed by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC

In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. avalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to curately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or ry near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this ffidavit based upon information from that review, and If called as a witness, I could testify to the following based on that review.

CitiFinancial compiles records related to its account holders in electronic format. Subsequent to the purchase of the account, itiFinancial transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer ·stem of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

That the attached statement of account with respect to the Account of ERIK A ALEXANDER is just, true and correct according to .e books and records, that the documents attached to the complaint are true and correct copies of the original and if called as a witness trial, I can testify as to its contents.

That the defendant is not believed to be an active member of any branch of the Armed Forces of the United States of America.

). Upon information and belief, no Defendant is an infant or incompetent or a member of the United States Armed Forces who would : entitled to stay relief.

l. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and ɔrrect.

Subscribed and sworn to before me on 9/2/2010

_____
Legal Administrator

_____
LOUIS DARDIGNAC
Notary Public, State of New York
No. 01DA5057380
Qualified in Rockland County
Commission Expires March 25, 2014

NION LAW ASSOCIATES
487

# AFFIDAVIT OF CLAIM

STATE OF NEW YORK     )
                      ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of Bank of America/FIA Card Services, N.A.

vs.

HEATHER K SATTERTHWAITE

I, Giovanni Rodriguez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, HEATHER K SATTERTHWAITE, the account holder(s), opened an account with Bank of America/FIA Card Services, N.A. on 2/24/2005, which account became delinquent and was charged off on 8/31/2009 (the "Account").

4. As of 12/1/2011, the balance due and owing by the account holder(s) on the account is $3824.75, which balance is comprised of $2896.02 of principal balance and $928.73 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 14.24%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 8/23/2011 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, Bank of America/FIA Card Services, N.A. transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Cramer, Moggison and Taylor LLC
6702516

Subscribed and sworn to before me on 12/1/2011

_____
Notary Public, State of New York

LOUIS DARDIGNAC
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 25, 2014

# AFFIDAVIT OF CLAIM

132265

STATE OF NEW YORK       )
                        ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
SAINT J DOBIE

I, Stephanie Cappelli, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, SAINT J DOBIE, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 11/27/2003, which account became delinquent and was charged off on 12/31/2010 (the "Account").

4. As of 1/24/2012, the balance due and owing by the account holder(s) on the account was $1,071.56, which balance is comprised of $1,007.16 of principal balance and $64.40 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 01/24/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 1/24/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 2/28/2012

_____
Notary Public, State of New York

Ramos, Meggison and Taylor LLC
4491940

Louis Dardignac
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
Commission Expires March 25, 2014