## AFFIDAVIT OF CLAIM

STATE OF NEW YORK        )
                         ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A.

vs.
STEVE L BOYD

Giovanni Rodriguez, being duly sworn on oath, depose and say:

. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

That the defendant, STEVE L BOYD, the account holder(s), opened an account with HSBC Bank Nevada, N.A. on 9/13/2005, which account became delinquent and was charged off on 6/30/2011 (the "Account").

As of 6/15/2012, the balance due and owing by the account holder(s) on the account was $1,578.07, which balance is comprised of 1,491.99 of principal balance and $86.08 + $.00 + $.00 of other charges. The principal balance continues to accrue interest as of the 6/15/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

That the Account was purchased by Cavalry SPV I, LLC on or about 7/22/2011.

In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

In connection with the purchase of the account, HSBC Bank Nevada, N.A. transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 7/3/2012

_____
Notary Public, State of New York

Linkie and Taylor, LLC
39

Dawn M Fanning
Notary Public - State of New York
No. 01FA6091579
Qualified in Westchester County
Commission Expires April 28, 2015


EXHIBIT D

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

Richmond

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
SHARON DARDEN

I, Giovanni Rodriguez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, SHARON DARDEN, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 3/14/1996, which account became delinquent and was charged off on 10/30/2010 (the "Account").

4. As of 10/24/2011, the balance due and owing by the account holder(s) on the account is $3201.89, which balance is comprised of $3033.83 of principal balance and $168.06 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 11/19/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_Legal Administrator_

Kramer, Meggison and Taylor LLC
14334150

Subscribed and sworn to before me on 10/24/2011

Notary Public, State of New York

LOUIS DARDIGNAC
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 25, 2014

# AFFIDAVIT OF CLAIM

13484

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Discover

vs.
LEONARD M WYNE

I, Giovanni Rodriquez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, LEONARD M WYNE, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Discover on 5/23/2008, which account became delinquent and was charged off on 4/30/2011 (the "Account").

4. As of 3/6/2012, the balance due and owing by the account holder(s) on the account was $1,673.57, which balance is comprised of $1,591.93 of principal balance and $81.64 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 03/06/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 5/23/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Discover transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

Subscribed and sworn to before me on 4/10/2012

_____
Legal Administrator

_____
Notary Public, State of New York

er, Meggison and Taylor LLC
9891

Cristina Martinez
Notary Public - State of New York
No. 01MA6118601
Qualified in Westchester County
Commission Expires November 15, 2012

AFFIDAVIT OF CLAIM

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry Portfolio Services, LLC as assignee of Cavalry SPV I, LLC as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
GEORGE E BACON SR

I, Giovanni Rodriguez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, GEORGE E BACON SR, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 12/3/2007, which account became delinquent and was charged off on 2/27/2010 (the "Account").

4. As of 8/10/2011, the balance due and owing by the account holder(s) on the account is $1562.35, which balance is comprised of $1441.73 of principal balance and $120.62 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the date hereof at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on 3/23/2010 and the servicing and collection rights for the account were assigned by Cavalry SPV I, LLC to Cavalry Portfolio Services, LLC.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

Subscribed and sworn to before me on 8/10/2011

_____
Notary Public, State of New York

LOUIS DAHDIGNAC
Notary Public - State of New York
No. 01DA5057380
Qualified in Rockland County
My Commission Expires March 25, 2014

DOMINION LAW ASSOCIATES
13928078

# AFFIDAVIT OF CLAIM

13y293

STATE OF NEW YORK )
) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
DAVID M BROWN

I, Giovanni Rodriquez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portf Services, LLC.

3. That the defendant, DAVID M BROWN, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Banl 9/17/2004, which account became delinquent and was charged off on 3/31/2011 (the "Account").

4. As of 3/6/2012, the balance due and owing by the account holder(s) on the account was $1,109.48, which balance is comprised of $1,050.43 of principal balance and $59.05 + $0 + $0 of other charges. The principal balance continues to accrue interest as of the 03/06/2 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 4/22/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cav Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accuratel) record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near 1 time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit bas upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic busin records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who w be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and cor

Subscribed and sworn to before me on 4/10/2012

_____
Legal Administrator

_____
Notary Public, State of New York

Kramer, Meggison and Taylor LLC
14818751

Cristina Martinez
Notary Public - State of New York
No. 01MA6118601
Qualified in Westchester County
Commission Expires November 15, 2012

# AFFIDAVIT OF CLAIM

1362-80

STATE OF NEW YORK            )
                             ) SS
COUNTY OF WESTCHESTER )

RE: Cavalry SPV I, LLC, as assignee of HSBC Bank Nevada, N.A. \ Orchard Bank

vs.
CALVIN L HUTCHESON

I, Giovanni Rodriquez, being duly sworn on oath, depose and say:

1. I am an agent and duly authorized representative for Plaintiff and am competent to testify to the matters set forth herein.

2. I am acting in the capacity of Legal Administrator for my employer Cavalry Portfolio Services LLC, a Delaware limited liability company. Cavalry Portfolio Services, LLC performs recovery services for its affiliate, Cavalry SPV I, LLC. In performing recovery services for Cavalry SPV I, LLC, I am familiar with and have access to the books and records of Cavalry SPV I, LLC and of Cavalry Portfolio Services, LLC.

3. That the defendant, CALVIN L HUTCHESON, the account holder(s), opened an account with HSBC Bank Nevada, N.A. \ Orchard Bank on 5/7/2007, which account became delinquent and was charged off on 5/31/2011 (the "Account").

4. As of 4/5/2012, the balance due and owing by the account holder(s) on the account was $1,104.40, which balance is comprised of $1,050.85 of principal balance and $53.55 + $.00 + $.00 of other charges. The principal balance continues to accrue interest as of the 04/05/2012 at a rate of 6%. The account holder(s) have been credited for all payments, set-offs or other credits due.

5. That the Account was purchased by Cavalry SPV I, LLC on or about 6/24/2011.

6. In the normal course of business, Cavalry Portfolio Services, LLC maintains computerized account records for account holders. Cavalry Portfolio Services, LLC maintains such records in the ordinary and routine course of business and is charged with the duty to accurately record any business act, condition or event onto the computer record maintained for the accounts, with the entries made at or very near the time of any such occurrence. I have reviewed the applicable computer record as it relates to the Account, and I make this Affidavit based upon information from that review, and if called as a witness, I could testify to the matters set forth herein based on that review.

7. In connection with the purchase of the account, HSBC Bank Nevada, N.A. \ Orchard Bank transferred copies of its electronic business records to Cavalry SPV I, LLC, which records were loaded into the computer system of Cavalry Portfolio Services, LLC and which are maintained in an electronic format.

8. Upon information and belief, no Defendant is an infant or incompetent or an active member of the United States Armed Forces who would be entitled to stay relief.

9. Under oath, I am authorized to make this affidavit for Plaintiff and I am informed and believe the above statements are true and correct.

_____
Legal Administrator

r, Meggison and Taylor LLC
344

Subscribed and sworn to before me on 4/25/2012

_____
Notary Public, State of New York

Cristina Martinez
Notary Public - State of New York
No. 01MA6118601
Qualified in Westchester County
Commission Expires November 15, 2012